EXHIBIT "2"

1999B00427

# U. S. DEPARTMENT OF EDUCATION
# SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

Mathew T. Brown

Missoula, MT

SSN: -1402

I certify that U. S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated below plus additional interest from 04/23/03.

On or about 08/01/87 borrower executed promissory note(s) to secure loan(s) of $2,500.00 from Glendale Federal Savings at 8.00 percent interest per annum. This loan obligation was guaranteed by the California Student Loan Marketing Association and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 C.F.R Part 682). The holder demanded payment according to the terms of the note(s), and credited $0.00 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 05/30/93, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,689.28 to the holder. The Department then reimbursed the guarantor for that claim payment under its reinsurance agreement. Pursuant to 34 CFR 682.410(b)(2), the guarantor charged the borrower interest on the total amount (principal and interest) paid to the lender. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 01/05/96, assigned its right and title to the loan(s) to the Department.

Since assignment of the loans, the Department has received a total of $445.98 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the debtor now owes the following:

| | |
|---|---|
| Principal: | $2,882.92 |
| Interest: | $1,827.40 |
| Fees/Costs: | $0.00 |
| Administrative/Collection Cost: | $0.00 |
| Total debt as of 04/23/03: | $4,710.32 |

Interest accrues on the principal shown here at the rate of $0.63 per day.

Pursuant to 28 U.S.C. §1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 4/23/03

Name: [signature]
Loan Analyst
Litigation Branch

# STUDENT APPLICATION / APPLICATION / PROMISSORY NOTE
## PROMISE TO REPAY
### CALIFORNIA GUARANTEED STUDENT LOAN PROGRAM
California Student Aid Commission, Guarantor

**NOV 18 1987**

SUBMIT COPIES OF FORM TO SCHOOL FOR PROCESSING. STUDENT RETAINS BLUE COPY

**WARNING:** This student loan must be repaid. Failure to honor its repayment terms may result in Default. Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties under state and federal codes.

STUDENT LOAN DB — PRINT OR TYPE ALL ENTRIES

**2305310039**

### PART A - COMPLETED BY STUDENT

1. Social Security Number: — -1402
2. Applicant's Last Name: Brown
   First Name: Mathew    MI:
3. Date of Birth: MO / DA / YR 66
4. Permanent Home Address: —
   City: Simi Valley    State: Ca.    Zip Code: —
5. Home Phone: —

6. U.S. Citizenship: U.S. Citizen or National [X]
   Permanent Resident or Eligible Non-Citizen [ ]
   Alien Registration Number: —

7. Address and Phone While Attending School (if known): n/a

8. State of Permanent Residence: State Code CA   Since 8/66
9. Driver's License: State Code CA   Number 7835
10. Major Course of Study Code: 1

### REFERENCE REQUIREMENT — All references must be in the United States and be at different addresses.

A. Parent or Guardian [X]    Other Adult Relative [ ]
B. Other Parent must be different than that in part A [ ]    Other Adult Relative [X]
C. Other Adult Relative [ ]    Friend [X]

Name: Melbourne T. Brown Sr.    Melbourne T. Brown Jr.    Arthur Ponticelli
City, State, Zip: Simi, Ca. —8475    Simi, Ca. 2-9696    Simi, Ca. —4165

12. Prior student loan history — List all FISL/GSL/CLAS/PLUS/ALAS Loans you have received below:

| Lender/Holder and State | B) Total Amount Owed | C) Circle Interest Rate | Guarantor |
|---|---|---|---|
| Bank of America Calif. | $2500 | (8%) | (A) B |
| Bank of America Calif. | $2500 | (8%) | (A) B |

13. Are any loans listed in #12 for any part of the enrollment period covered by this loan request?
FISL, GSL? Yes [ ] No [X] Amount $
CLAS, PLUS, ALAS? Yes [ ] No [X] Amount $

14. Requested Loan Amount: I Request CGSL $2500.00
15. Enrollment Period Covered by This Loan: From 9/87 to 6/88
16. Have you ever DEFAULTED on any educational loan or do you owe a refund on any federal/state educational grant? Yes [ ] No [ ]

17. Name and City/State of Lender: Glendale Federal Savings, Glendale, Calif.

### PROMISSORY NOTE FOR A LOAN GUARANTEED BY THE CALIFORNIA STUDENT AID COMMISSION

**PROMISE TO PAY.** I, the undersigned student-borrower identified above, PROMISE TO PAY to the order of my lender or to a subsequent holder, all of the LOAN AMOUNT REQUESTED (Item 14 above).

18.A Dollars: Twenty-Five hundred
18.B $2500.00

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN THIS NOTE BEFORE READING IT INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO AN EXACT COPY OF THIS PROMISSORY NOTE, THE DISCLOSURE STATEMENT AND ANY AGREEMENTS I SIGN. BY SIGNING THIS NOTE, I ACKNOWLEDGE THAT I HAVE RECEIVED AN EXACT COPY OF THE DOCUMENT.

19. X /s/ Mathew Brown — SIGNATURE OF STUDENT-BORROWER
20. Date: 8-1-8[7]

NOTICE TO STUDENT-BORROWER: Read TERMS OF PROMISSORY NOTE on reverse.

### PART B - COMPLETED BY FINANCIAL AID OFFICER

21. School Code: 001249
22. Name and Address of School: Occidental College, 1600 Campus Rd., Los Angeles, CA 90041
    Phone: (213) 259-2548
23. Enrollment Status: Fulltime [X]   Halftime or Greater [ ]
24. Anticipated Completion Date: 06/89
25. Grade Level: UNDERGRAD, VOCATIONAL [3X]   GRAD, PROFESSIONAL [ ]
26. Dependency Status: Dependent [X]   Independent [ ]
27. Enrollment period covered by Loan: From 09/25/87 to 06/12/[88]
28. Family Adjusted Gross Income: $23,970
29. Estimated Cost of Attendance of Loan Period: $16,946
30. Estimated Financial Aid for Loan Period: $8300
31. Expected Family Contribution: $6139
32. Net Cost: $2507
33. Recommended Disbursement Date(s): 09/[ ]/87, 12/14/87
34. Signature of Authorized School Official: X /s/ — 10/27/[ ]
    David Levy, Director of Fin. Aid

### PART C - COMPLETED BY LENDER

35. Lender Code/Name: 821492
36. Signature of Authorized Lending Official: X
37. Loan Amount: $
38. %
39. Anticipated Date(s): —
40. Disbursement Amount: $

BROWN, MATHEW

8303130033

All right, title, and interest of the Student Loan Marketing Association is hereby assigned, without recourse except that this note qualifies for insurance to the California Student Aid Commission.

STUDENT LOAN MARKETING ASSOCIATION BY AFSA DATA CORPORATION

JAN 1 5 1993

Ronald L. Florini
Executive Vice President
AFSA Data Corporation
2277 E. 220Th. Street
Long Beach, CA 90810-1690

"All right, title and interest of the California Student Aid Commission is hereby assigned in favor of the United States Department of Education by execution of this endorsement."

SEP 0 7 1995

Signature _____ Date

Theodosia A. Hoppers, Manager
Collection Services Branch
California Student Aid Commission
P.O. Box 510623
Sacramento, CA 94245-0623